IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00403-LTB-KLM

D&D ENTERPRISES, INC., a Colorado corporation,

    Plaintiff,

v.

NORTHLAND CASUALTY COMPANY, a Minnesota corporation

    Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

THIS COURT having received the Stipulated Motion to Dismiss Plaintiff D&D Enterprises, Inc.'s Claims Against Defendant Northland Casualty Company (Doc 36), and having fully considered the Motion filed and any response thereto, hereby:

DISMISSES Plaintiff's claims against Defendant Northland, WITH PREJUDICE, with each party to bear its own costs, expenses, and attorney fees. Pursuant to the terms of the Stipulation, the Court further dismisses all claims asserted or which could have been asserted by Plaintiff with respect to the subject matter of the complaint.

Done and signed this __31st__ day of __October__, 2008.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    The Hon. Lewis T. Babcock
                                    United States District Court Judge, Presiding